

FILED

APR 2 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  MATTHEW P. DE MOURA
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2936

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   Cr. No. S-10-087 DAD
                                   )
12            Plaintiff,           )   Stipulation and [proposed]
                                   )   Order to Continue Trial
13       v.                        )   Confirmation Hearing and Jury
                                   )   Trial
14  PAUL FLYNN,                    )
                                   )   Date: May 4, 2010
15            Defendant.           )   Time:  10:00 a.m.
                                   )   Judge: Hon. Dale A. Drozd
16  _____)

17       It is hereby stipulated and agreed between the United States

18  and the defendant, PAUL FLYNN, by and through his undersigned

19  counsel, that the previously scheduled trial confirmation hearing

20  date of May 4, 2010, and jury trial set for May 17, 2010, be

21  vacated and a trial confirmation hearing be set for July 13, 2010

22  at 10:00 a.m. with a jury trial of July 26, 2010, at 10:00 a.m.

23       This continuance is requested to allow the government and

24  defendant further time to prepare for trial.

25  ///

26  ///

27  ///

28

                              1

1       The parties agree that time may be excluded from April 27,

2  2010, to July 26, 2010, pursuant to Title 18, United States Code,

3  Section 3161(h)(8)(B)(iv), also known as Local Code T4, reasonable

4  time to prepare.

5  DATED: April 27, 2010           BENJAMIN B. WAGNER
                            United States Attorney

6

7                      By:   /s/ Matthew C. Stegman
                            MATTHEW C. STEGMAN

8                            Assistant U.S. Attorney

9

10  DATED: April 27, 2010

11
                      By:   /s/ Lauren Cusick
12                            LAUREN CUSICK
                            Assistant Federal Defender

13                            Attorney for Defendant
                            PAUL FLYNN

14

15              [P R O P O S E D] O R D E R

16  IT IS SO ORDERED:

17  DATED: April **26**, 2010

18

19  _____
    HON. DALE A. DROZD
20  United States Magistrate Judge

21

22

23

24

25

26

27

28

                         2