```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | MATTHEW C. STEGMAN
   | Assistant U.S. Attorney
 3 | MATTHEW P. DE MOURA
   | Certified Law Clerk, Misdemeanor Unit
 4 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 5 | Telephone: (916) 554-2936
 6 |
 7 |         IN THE UNITED STATES DISTRICT COURT
 8 |         FOR THE EASTERN DISTRICT OF CALIFORNIA
 9 |
10 | UNITED STATES OF AMERICA,   )  Cr. No. S-10-087 DAD
   |                             )          DAD
11 |         Plaintiff,           )  [Proposed] Order
   |                             )
12 |     v.                      )
   |                             )
13 | PAUL J. FLYNN,              )  DATE: August 25, 2010
   |                             )  TIME: 10:00 a.m.
14 |         Defendant.           )  JUDGE: Hon. Dale A. Drozd
15 | _____)
16 |     It is Hereby Ordered that the plaintiff United States of
17 | America's motion to dismiss Cr. No. S-10-087 DAD is GRANTED.
18 |     IT IS SO ORDERED.
19 | Dated: August 25, 2010
20 |                                 _____
21 |                                 Hon. DALE A. DROZD
                                     United States Magistrate Judge
```